**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | **No. 12-01974** |
| DONNA M. PAYNE | ) | **Honorable Eugene R. Wedoff** |
| | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF**
**COMPENSATION FOR QUARLES & BRADY LLP,**
**ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE**
**BANKRUPTCY ESTATE OF DONNA M. PAYNE**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $7,010.00 for 21.2 hours of legal services rendered to Trustee (including 1 hour of estimated time to prepare this Application and attend the hearing on same) and actual and necessary costs in the amount of $261.00 from June 18, 2012, to the present.

In support of this Final Application, Trustee states as follows:

## I. COMMENCEMENT OF PROCEEDING

1.　　On January 20, 2012, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2.　　The 341 meeting was held on March 7, 2012.

3.　　On March 8, 2012, Trustee filed his Report of No Distribution.

4.　　On May 11, 2012, the bankruptcy was closed.

5.　　The Debtor's husband ("**Husband**") previously filed a chapter 7 bankruptcy petition on June 15, 2010. That case remains pending before this Court as case number 10-B-26936. The trustee in that case is David P. Leibowitz ("**Leibowitz**"), who is also represented by the Leibowitz Law Center (the "**Firm**").

6.      The Debtor did not disclose Husband's bankruptcy case.

7.      As a result of his investigation into Husband's affairs, Leibowitz discovered that Husband's estate had fraudulent transfer and unjust enrichment claims against the Debtor and her Estate and fraudulent transfer claims against Eric S. Payne ("**Son**"), the Son of Husband and Debtor.  Leibowitz also discovered that Husband and Debtor had waived their right to carry back a net operating loss, foregoing a refund that would have been property of one or both bankruptcy estates.  Neither the fraudulent transfer claims against Son, nor the waiver of the right to carry back the operating losses were reported in Debtor's Schedules or Statement of Financial Affairs.

8.      On June 27, 2012, Trustee filed his Initial Report of Assets.

9.      On August 8, 2012, this Court entered an Order granting Trustee's motion to reopen the chapter 7 case.

10.     On August 8, 2012, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to June 18, 2012.

11.     On August 8, 2012, this Court entered an Order approving the settlement of the fraudulent transfer in which this bankruptcy estate received $68,750.00.

12.     All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person.  Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY
## QUARLES & BRADY LLP

13.     Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on June 18, 2012.  Q&B has devoted its time to legal matters in this case, including the following:

2

## A.  EMPLOYMENT OF PROFESSIONAL PERSONS

14.     Q&B drafted the motion, and obtained court approval, to retain Q&B as Trustee's General Counsel and prepared this motion for fees and costs.  Q&B also prepared the motion, and obtained court approval, to retain and pay Special Counsel Jeffrey K. Paulson of the Law Office of William J. Factor, Ltd.  In connection with the retention applications and requests for payment, Q&B expended 6.6 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $1,886.00.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).**  The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino | 1.2 |
| Sarah K. Baker | 2.9 |
| Colleen A. Greer | 1.5 |

## B.  CLAIMS

15.     As part of the settlement with Son, he was granted an allowed claim.  Q&B reviewed that claim and supporting paperwork before advising Trustee regarding whether it would be allowed over objections.  In connection with the claims, Q&B expended .4 hours for which it requests compensation of $138.00.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).**  The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Sarah K. Baker | .4 |

## C. ASSETS

16.     Q&B attorneys worked with Liebowitz and the Firm to obtain documents from Debtor relative to the claim against Son.  Q&B also monitored proceedings in the lawsuit against

3

Son, and assisted Special Counsel as requested.   In addition, it evaluated the costs to obtain

Court permission to sell other non-exempt assets.   Ultimately, the lawsuit against Son was

settled, pursuant to which this bankruptcy estate received $68,750.00, less Special Counsel fee of

$27,500 and expenses of $735.04, for distribution to unsecured creditors.   In connection with the

claims, Q&B expended 13.2 hours for which it requests compensation of $4,486.00.   An

itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit**

**A(3).**  The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Philip V. Martino | .2 |
| Sarah K. Baker | 13.0 |

## D. GENERAL REPRESENTATION

17.     Q&B attorneys prepared the motion to reopen this case, and attended the hearing

on same.   In addition, they reviewed and monitored the adversary complaint filed by Liebowitz

and the settlement approval process.   In connection with the general representation, Q&B

expended 2.20 hours for which it requests compensation of $760.00.  An itemized breakdown of

current services rendered to the Trustee is attached hereto as **Exhibit A(4).**   The general

breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Philip V. Martino | .2 |
| Sarah K. Baker | 2.0 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

18.     Since June 18, 2012, Q&B has devoted 21.2 hours (including 1 hour of estimated

time) to represent the Trustee, and has provided this estate with actual and necessary legal

services worth $7,010.00

QB\20891503.1

19.     While representing Trustee, Q&B expended $261.00 in court fees to reopen the bankruptcy case.   Q&B respectfully requests to be compensated for these reasonable and necessary costs.  Attached as **Exhibit B** is a breakdown of the costs.

20.     Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

21.     Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A.     Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $7,010.00 for actual, necessary and valuable professional services rendered;

B.     Authorizing reimbursement of $261.00 in reasonable and necessary costs incurred in the administration of this case; and

C.     For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By:___/s/Philip V. Martino
        Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

5

# Quarles & Brady LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

Invoice Number:    1846495
Invoice Date:      May 29, 2013

Privileged & Confidential

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through May 29, 2013
Re: Donna M. Payne - Professional Retention Chapter 7
Bankruptcy
Q & B Matter Number: 147833.00003

| | | |
|---|---|---|
| Current Fees: | $ | 1,321.00 |
| Current Total Due: | $ | 1,321.00 |
| **TOTAL AMOUNT DUE:** | **$** | **1,321.00** |

EXHIGIB A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne Bankruptcy of
Donna M. Payne

May 29, 2013

RE: Donna M. Payne - Professional Retention Chapter 7
Bankruptcy

Invoice Number: 1846495

Q & B Matter Number: 147833.00003

Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/19/12 | Prepare draft application for fees and costs for Q&B (.5). | CGREER | 0.50 |
| 07/05/12 | Draft e-mail to J. Paulson regarding engagement agreement. | SBAKER | 0.20 |
| 07/09/12 | Review e-mails from W. Fractor and D. Liebowitz regarding engagement agreement. | SBAKER | 0.20 |
| 07/09/12 | Review draft settlement agreement. | SBAKER | 0.30 |
| 07/10/12 | Review retention agreement (.1); e-mail to Baker regarding same (.1). | PMARTINO | 0.20 |
| 07/11/12 | Telephone call with J. Paulson regarding retention and settlement motions. | SBAKER | 0.20 |
| 07/18/12 | Finalize motion to reopen, retention motions, and motion to approve settlement for filing. | SBAKER | 1.70 |
| 04/25/13 | Review special counsel's fee application. | SBAKER | 0.20 |
| 04/25/13 | Draft email to J. Paulson regarding fee application. | SBAKER | 0.10 |
| 05/09/13 | Prepare application for fees and costs for Quarles & Brady and for Trustee (1.0). | CGREER | 1.00 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 0.20 | 550.00 | 110.00 |
| SBAKER | Sarah K. Baker | 2.90 | 327.07 | 948.50 |
| CGREER | Colleen A. Greer | 1.50 | 175.00 | 262.50 |
| Total | | 4.60 | | 1,321.00 |

Total Fees:                    $    1,321.00

# Quarles & Brady LLP

1 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

| | | |
|---|---|---|
| Invoice Number: | 1846494 | Privileged & Confidential |
| Invoice Date: | May 29, 2013 | |

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through May 29, 2013
Re: Claims Chapter 7 Bankruptcy
Q & B Matter Number: 147833.00004

| | | |
|---|---|---|
| Current Fees: | $ | 138.00 |
| Current Total Due: | $ | 138.00 |
| **TOTAL AMOUNT DUE:** | **$** | **138.00** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne Bankruptcy of    May 29, 2013
Donna M. Payne
RE: Claims Chapter 7 Bankruptcy                                          Invoice Number: 1846494
Q & B Matter Number: 147833.00004                                        Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 10/03/12 | Review proof of claim filed by E. Payne. | SBAKER | 0.30 |
| 10/03/12 | Review email from J. Paulsen regarding proof of claim filed by E. Payne. | SBAKER | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| SBAKER | Sarah K. Baker | 0.40 | 345.00 | 138.00 |
| Total | | 0.40 | | 138.00 |

Total Fees:                          $        138.00

# Quarles & Brady LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

| | |
|---|---|
| Invoice Number: | 1846493 |
| Invoice Date: | May 29, 2013 |

Privileged & Confidential

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through May 29, 2013
Re: Donna M. Payne - Assets Chapter 7 Bankruptcy
Q & B Matter Number: 147833.00005

|  |  |  |
|---|---|---|
| Current Fees: | $ | 4,486.00 |
| Current Total Due: | $ | 4,486.00 |
| **TOTAL AMOUNT DUE:** | **$** | **4,486.00** |

EXHIBIT A(3)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne Bankruptcy of       May 29, 2013
Donna M. Payne
RE: Donna M. Payne - Assets Chapter 7 Bankruptcy                              Invoice Number: 1846493
Q & B Matter Number: 147833.00005                                            Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/15/12 | Review motion to sell vehicle. | SBAKER | 0.30 |
| 06/18/12 | Review fraudulent transfer complaint. | SBAKER | 1.20 |
| 06/20/12 | Draft letter to L. Ottenheimer regarding adversary complaint. | SBAKER | 0.60 |
| 06/21/12 | Revise letter to L. Ottenheimer regarding adversary complaint. | SBAKER | 0.30 |
| 08/08/12 | Meet with J. Paulson regarding status of adversary proceeding. | SBAKER | 0.20 |
| 08/08/12 | Telephone call with L. Ottenheimer regarding request for documents. | SBAKER | 0.20 |
| 08/21/12 | Draft email to L. Ottenheimer regarding request for production of documents. | SBAKER | 0.30 |
| 08/21/12 | Review email from L. Ottenheimer regarding request for documents. | SBAKER | 0.10 |
| 08/23/12 | Review draft of complaints and motion to intervene. | SBAKER | 0.80 |
| 08/27/12 | Telephone call with P. Martino regarding lease and other asset issues. | SBAKER | 0.30 |
| 08/27/12 | Telephone call with C. Matsakis regarding sale of miscellaneous assets. | SBAKER | 0.20 |
| 09/04/12 | Draft email to L. Ottenheimer regarding production of documents (.1); review email from L. Ottenheimer regarding production of documents (.1). | SBAKER | 0.20 |
| 09/05/12 | Review email from J. Paulson regarding update on adversary proceeding. | SBAKER | 0.10 |
| 09/14/12 | Draft email to L. Ottenheimer regarding production of documents. | SBAKER | 0.10 |
| 09/14/12 | Draft correspondence from L. Ottenheimer regarding production of documents. | SBAKER | 0.10 |
| 09/19/12 | Draft email to L. Ottenheimer regarding production of documents. | SBAKER | 0.10 |
| 09/21/12 | Review correspondence from L. Ottenheimer regarding production of documents. | SBAKER | 0.10 |
| 09/24/12 | Telephone call with J. Paulsen regarding status of adversary proceeding. | SBAKER | 0.10 |
| 09/24/12 | Draft email to J. Paulson regarding status hearing on adversary proceeding. | SBAKER | 0.20 |

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne Bankruptcy of      May 29, 2013
Donna M. Payne
RE: Donna M. Payne - Assets Chapter 7 Bankruptcy                           Invoice Number: 1846493
Q & B Matter Number: 147833.00005                                          Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 09/24/12 | Review email from D. Liebowitz regarding status of adversary proceeding. | SBAKER | 0.10 |
| 10/11/12 | Review e-mail from J. Monberg regarding Proof of Claim. | SBAKER | 0.10 |
| 10/30/12 | Telephone call with J. Paulsen regarding status of adversary proceedings. | SBAKER | 0.10 |
| 10/30/12 | Review email from J. Paulsen regarding status of adversary proceeding. | SBAKER | 0.10 |
| 10/30/12 | Review email for D. Liebowitz regarding status of adversary proceedings. | SBAKER | 0.10 |
| 11/02/12 | Review email for D. Liebowitz regarding adversary proceeding strategy. | SBAKER | 0.10 |
| 11/02/12 | Review email for J. Paulsen regarding adversary proceeding strategy. | SBAKER | 0.10 |
| 11/15/12 | Review e-mail from J. Paulsen regarding adversary proceeding settlement offer. | SBAKER | 0.10 |
| 11/15/12 | Draft e-mail to P. Martino regarding adversary proceeding settlement offer. | SBAKER | 0.10 |
| 11/15/12 | Review e-mail from D. Liebowitz regarding adversary proceeding settlement offer. | SBAKER | 0.10 |
| 11/15/12 | Review e-mail from L. Vest regarding tax returns to be amended. | SBAKER | 0.10 |
| 12/20/12 | Review email from J. Paulson regarding offer to settle Trustee's avoidance action. | SBAKER | 0.20 |
| 12/20/12 | Review email from P. Martino regarding offer to settle Trustee's avoidance action. | SBAKER | 0.10 |
| 12/20/12 | Review email from D. Liebowitz regarding offer to settle Trustee's avoidance action. | SBAKER | 0.10 |
| 01/02/13 | Review email from J. Paulson regarding fraudulent transfer adversary proceeding. | SBAKER | 0.10 |
| 01/02/13 | Telephone call with P. Martino regarding fraudulent transfer adversary proceeding. | SBAKER | 0.10 |
| 01/02/13 | Review email form D. Liebowitz regarding fraudulent transfer adversary proceeding. | SBAKER | 0.10 |
| 01/03/13 | Review email from J. Paulsen regarding settlement negotiations. | SBAKER | 0.10 |
| 01/04/13 | Review emails from J. Paulsen regarding settlement offer. | SBAKER | 0.20 |

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne Bankruptcy of    May 29, 2013
Donna M. Payne
RE: Donna M. Payne - Assets Chapter 7 Bankruptcy                         Invoice Number: 1846493
Q & B Matter Number: 147833.00005                                        Page 4

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 01/04/13 | Review email from P. Martino regarding settlement offer. | SBAKER | 0.10 |
| 01/07/13 | Review email from P. Martino regarding proposed settlement offer. | SBAKER | 0.10 |
| 01/07/13 | Review emails from J. Paulsen regarding proposed settlement offer. | SBAKER | 0.20 |
| 01/07/13 | Review email from D. Liebowitz regarding settlement offer. | SBAKER | 0.10 |
| 01/08/13 | Review email from J. Paulsen and bank statement regarding Debtor transfers. | SBAKER | 0.10 |
| 01/09/13 | Review email from J. Paulsen regarding settlement negotiations. | SBAKER | 0.10 |
| 01/09/13 | Review email from P. Martino regarding settlement offer and 9019 motion. | SBAKER | 0.10 |
| 01/09/13 | Emails regarding settlement approval process and logistics (.2). | PMARTINO | 0.20 |
| 01/14/13 | Review email from J. Paulsen regarding proposed settlement agreement. | SBAKER | 0.10 |
| 01/15/13 | Review draft settlement agreement. | SBAKER | 0.50 |
| 01/15/13 | Draft email to J. Paulsen regarding draft settlement agreement. | SBAKER | 0.10 |
| 01/21/13 | Review email from J. Paulsen regarding revised settlement agreement. | SBAKER | 0.40 |
| 01/21/13 | Draft email to P. Martino regarding revised settlement agreement. | SBAKER | 0.20 |
| 01/22/13 | Draft email to J. Paulsen regarding revised settlement agreement. | SBAKER | 0.20 |
| 01/22/13 | Review email from J. Paulsen regarding changes to settlement agreement. | SBAKER | 0.10 |
| 01/23/13 | Review email from D. Liebowitz regarding settlement agreement. | SBAKER | 0.10 |
| 01/23/13 | Review email from J. Paulsen regarding proposed settlement agreement. | SBAKER | 0.10 |
| 01/29/13 | Review draft of 9019 settlement motion. | SBAKER | 0.30 |
| 01/29/13 | Draft email to J. Paulsen regarding proposed 9019 motion. | SBAKER | 0.10 |
| 01/31/13 | Telephone call with P. Martino regarding hearing on 9019 settlement motion. | SBAKER | 0.10 |
| 02/25/13 | Prepare for hearing regarding settlement with E. Payne. | SBAKER | 0.50 |

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne Bankruptcy of     May 29, 2013
Donna M. Payne

RE: Donna M. Payne - Assets Chapter 7 Bankruptcy                          Invoice Number: 1846493
Q & B Matter Number: 147833.00005                                         Page 5

| *Date* | *Description* | *Professional* | *Hours* |
|--------|--------------|----------------|---------|
| 02/26/13 | Attend hearing regarding 9019 settlement motion of E. Payne. | SBAKER | 1.00 |
| 02/26/13 | Draft email to P. Martino regarding hearing settlement motion. | SBAKER | 0.10 |
| 02/27/13 | Review email from J. Paulsen regarding payment of settlement amount. | SBAKER | 0.10 |
| 03/11/13 | Review email from J. Paulsen regarding execution of settlement agreement. | SBAKER | 0.10 |
| 03/14/13 | Review email from J. Paulsen regarding executed settlement agreement. | SBAKER | 0.10 |
| 03/21/13 | Review email from J. Paulsen regarding Payne Settlement funding. | SBAKER | 0.10 |
| 03/22/13 | Review email from D. Liebowitz regarding Payne Settlement Funding. | SBAKER | 0.10 |
| 04/19/13 | Review emails from P. Martino and J. Paulson regarding settlement agreement and special counsel's fees. | SBAKER | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 0.20 | 565.00 | 113.00 |
| SBAKER | Sarah K. Baker | 13.00 | 336.38 | 4,373.00 |
| Total | | 13.20 | | 4,486.00 |

Total Fees:                                        $      4,486.00

# Quarles & Brady LLP

401 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

| | |
|---|---|
| Invoice Number: | 1846492 |
| Invoice Date: | May 29, 2013 |

Privileged & Confidential

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through May 29, 2013
Re: Donna M. Payne - General and Costs Chapter 7
Bankruptcy
Q & B Matter Number: 147833.00006

| | | |
|---|---|---|
| Current Fees: | $ | 760.00 |
| Current Total Due: | $ | 760.00 |
| **TOTAL AMOUNT DUE:** | **$** | **760.00** |

EXHIBIT A(4)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne Bankruptcy of      May 29, 2013
Donna M. Payne
RE: Donna M. Payne - General and Costs Chapter 7 Bankruptcy                Invoice Number: 1846492
Q & B Matter Number: 147833.00006                                          Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/28/12 | Review draft motion to reopen case. | SBAKER | 0.20 |
| 07/10/12 | Review Trustee's agreement (.1); e-mail to Baker regarding same (.1). | PMARTINO | 0.20 |
| 07/16/12 | Draft email to J. Paulson regarding settlement agreement. | SBAKER | 0.20 |
| 07/17/12 | Review draft settlement motion between Trustees. | SBAKER | 0.40 |
| 07/18/12 | Draft email to J. Paulson regarding motions to approve Trustees' settlement agreement. | SBAKER | 0.20 |
| 08/08/12 | Prepare for hearing regarding Trustees' settlement motion. | SBAKER | 0.30 |
| 08/08/12 | Attend hearing regarding Trustees' settlement motion. | SBAKER | 0.50 |
| 08/27/12 | Draft e-mail to J. Paulson regarding approval of Trustees' Agreement. | SBAKER | 0.10 |
| 09/21/12 | Review email from P. Martino regarding debtor's discharge. | SBAKER | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 0.20 | 550.00 | 110.00 |
| SBAKER | Sarah K. Baker | 2.00 | 325.00 | 650.00 |
| Total | | 2.20 | | 760.00 |

Total Fees:                    $      760.00

**Quarles & Brady** LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

| | | |
|---|---|---|
| Invoice Number: | 1846524 | Privileged & Confidential |
| Invoice Date: | May 29, 2013 | |

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through May 29, 2013
Re: Donna M. Payne - General and Costs Chapter 7
Bankruptcy
Q & B Matter Number: 147833.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 261.00 |
| Current Total Due: | $ | 261.00 |
| **TOTAL AMOUNT DUE:** | **$** | **261.00** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee for Chapter 7, Donna M. Payne Bankruptcy of          May 29, 2013
Donna M. Payne
RE: Donna M. Payne - General and Costs Chapter 7 Bankruptcy                     Invoice Number: 1846524
Q & B Matter Number: 147833.00006                                              Page 2


**DISBURSEMENTS:**


| | | | |
|---|---|---|---|
| 09/28/12 | Filing fees - Quarles & Brady LLP Paid to Illinois Northern CM ECF for court fee for reopening case | $ | 260.00 |
| | Pacer research charges | | 1.00 |
| | Total Disbursements: | $ | 261.00 |
| | Total Fees and Disbursements: | $ | 261.00 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady.  He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982).  Mr. Martino's hourly billing rate through 2011 was $525.00; his hourly billing rate for fiscal year 2012 was $550.00; and his current hourly billing rate is $565.00..

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago.  She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006.  Ms. Baker is a member of the Pennsylvania and Illinois bars.  Her fiscal year 2012 hourly billing rate was $325.00; her current hourly billing rate is $345.00.

**Colleen A. Greer** is a legal project assistant.  Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 21 years.  Her hourly billing rate is $175.00.

EXHIBIT C

**STATE OF ILLINOIS** )
                     ) SS
**COUNTY OF COOK**   )

I, Philip V. Martino, on oath, state as follows:

1.      I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

2.      This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3.      In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4.      In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5.      In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6.      In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7.      In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8.      I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9.      I personally reviewed the pro formas for this estate each month and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

EXHIBIT D

10.     I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11.     To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2