EUGENE R. WEDOFF

## UNITED STATES BANKRUPTCY COURT
NORTHERN  **DISTRICT OF**  ILLINOIS
CHICAGO  **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PAYNE, DONNA M | § | Case No. 12-01974 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET,  ROOM 713
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/17/2013 in Courtroom 744,

United States Bankruptcy Court
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/07/2013 _____        By: Clerk of the Bankruptcy Court _____
                                              Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                     §
                                           §
PAYNE, DONNA M                             §         Case No. 12-01974
                                           §
                Debtor(s)                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 68,750.00 |
| and approved disbursements of | $ | 27,674.01 |
| leaving a balance on hand of[1] | $ | 41,075.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 6,687.50 | $ 0.00 | $ 6,687.50 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 7,010.00 | $ 0.00 | $ 7,010.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 261.00 | $ 0.00 | $ 261.00 |
| Other: US Department of Treasury | $ 5,001.00 | $ 0.00 | $ 5,001.00 |
| Other: Law Office of William J. Factor, Ltd. | $ 27,500.00 | $ 27,500.00 | $ 0.00 |
| Other: Law Office of William J. Factor, Ltd. | $ 162.24 | $ 162.24 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 18,959.50 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Remaining Balance $_____22,116.49_

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,001.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 279,671.13  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  7.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Eric S. Payne and Leah R. Payne | $          279,671.13 | $              0.00 | $          22,116.49 |

Total to be paid to timely general unsecured creditors $_____22,116.49_

Remaining Balance $_____0.00_

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* <u>*rata*</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: <u>/s/Philip V. Martino</u>
                                     Trustee


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                        Case No. 12-01974-ERW
Donna M Payne                                                 Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: esullivan       Page 1 of 2          Date Rcvd: Jun 11, 2013
                              Form ID: pdf006        Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2013.
```
db          +Donna M Payne,   190 Selwyn Lane,   Buffalo Grove, IL 60089-4333
18385136    +Cenlar,   PO Box 211091,   Eagan, MN 55121-2491
18385137    +Citibank,   PO Box 688923,   Des Moines, IA 50368-8923
19497817    +Eric S. Payne and Leah R. Payne,   c/o Krieg DeVault LLP,   Attn:  Jeffrey M. Monberg,
             30 N. LaSalle St., Suite 2800,   Chicago, IL 60602-3599
18385138    +James Payne,   190 Selwyn Lane,   Buffalo Grove, IL 60089-4333
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18385141       E-mail/Text: cio.bncmail@irs.gov Jun 12 2013 02:42:29      US Department of Treasury,
                Financial Management Service,   P.O. Box 1686,   Birmingham, AL 35201
18385140    +E-mail/Text: birminghamtops@sba.gov Jun 12 2013 03:00:29      Small Business Administration,
              Birmingham Disaster Loan Serv. Ctr.,   801 Tom Martin Drive, Suite 120,
              Birmingham, AL 35211-6424
                                                                                       TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18385139*   +James Payne,   190 Selwyn Lane,   Buffalo Grove, IL 60089-4333
                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2013**                    **Signature:** _____

```
District/off: 0752-1          User: esullivan        Page 2 of 2            Date Rcvd: Jun 11, 2013
                             Form ID: pdf006         Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2013 at the address(es) listed below:
```
              C Daniel  Motsinger    on behalf of Defendant Eric S. Payne cmotsinger@kdlegal.com,
               crbpgpleadings@kdlegal.com;rhobdy@kdlegal.com
              C Daniel  Motsinger    on behalf of Defendant Eric S Payne cmotsinger@kdlegal.com,
               crbpgpleadings@kdlegal.com;rhobdy@kdlegal.com
              Jeffrey K. Paulsen    on behalf of Trustee Philip V Martino, ESQ jpaulsen@wfactorlaw.com,
               nb@wfactorlaw.com;jpaulsenwfactorlawecf@gmail.com
              Jeffrey K. Paulsen    on behalf of Plaintiff Philip V. Martino jpaulsen@wfactorlaw.com,
               nb@wfactorlaw.com;jpaulsenwfactorlawecf@gmail.com
              Jeffrey K. Paulsen    on behalf of Plaintiff David P. Leibowitz jpaulsen@wfactorlaw.com,
               nb@wfactorlaw.com;jpaulsenwfactorlawecf@gmail.com
              Jeffrey M Monberg    on behalf of Defendant Eric S Payne jmonberg@kdlegal.com
              Jeffrey M Monberg    on behalf of Defendant Eric S. Payne jmonberg@kdlegal.com
              Laura  Tepich    on behalf of Defendant Eric S Payne ltepich@kdlegal.com
              Laura  Tepich    on behalf of Defendant Eric S. Payne ltepich@kdlegal.com
              Lester A Ottenheimer, III    on behalf of Debtor Donna M Payne lottenheimer@otrlaw.com,
               nfishkin@olawgroup.com
              Nicole K Fishkin    on behalf of Defendant Donna M Payne nfishkin@otrlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
              Sarah  Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               milli.zukowsky@quarles.com
              William J Factor    on behalf of Trustee Philip V Martino, ESQ wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;nb@wfactorlaw.com
              William J Factor    on behalf of Plaintiff Philip V. Martino wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;nb@wfactorlaw.com
              William J Factor    on behalf of Plaintiff David P. Leibowitz wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;nb@wfactorlaw.com
                                                                                TOTAL: 18
```