EUGENE R. WEDOFF
## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PAYNE, DONNA M | § | Case No. 12-01974 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/PHILIP V. MARTINO_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| CONGRESSIONAL BANK | | | | | |
| US DEPARTMENT OF TREASURY | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| THE LAW OFFICE OF WILLIAM J. FACTOR | | | | | |
| LAW OFFICE OF WILLIAM J. FACTOR, LT | | | | | |
| THE LAW OFFICE OF WILLIAM J. FACTOR | | | | | |
| LAW OFFICE OF WILLIAM J. FACTOR, LT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Small Business Administration Birmingham Disaster Loan Serv. Ctr. 801 Tom Martin Drive, Suite 120 Birmingham, AL 35211 | | | | | |
| | US Department of Treasury Financial Management Service P.O. Box 1686 Birmingham, AL 35201 | | | | | |
| 000002 | ERIC S. PAYNE AND LEAH R. PAYNE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-01974 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | PAYNE, DONNA M | | | Date Filed (f) or Converted (c): | 01/20/12 (f) |
| | | | | 341(a) Meeting Date: | 03/07/12 |
| For Period Ending: | 08/27/13 | | | Claims Bar Date: | 09/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEBTOR'S RESIDENCE: LOCATION: 190 SELWYN LANE, BUF | 290,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON DEBTOR'S PERSON | 35.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - AMERICAN ENTERPRISE BANK | 800.00 | 0.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNT - AMERICAN ENTERPRISE BANK | 137.00 | 0.00 | | 0.00 | FA |
| 5. CHECKING ACCOUNT - MERRYL LYNCH | 700.00 | 0.00 | | 0.00 | FA |
| 6. 1 COMPUTER, PRINTER AND MONITOR, 3 TV'S, 1 DVD PLA | 1,800.00 | 0.00 | | 0.00 | FA |
| 7. MISCELLANEOUS PICTURES | 180.00 | 0.00 | | 0.00 | FA |
| 8. MISCELLANEOUS WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 9. 1 WEDDING RING, 1 WATCH AND MISCELLANEOUS COSTUME | 350.00 | 0.00 | | 0.00 | FA |
| 10. COUNTRYLIFE | 1,100.00 | 0.00 | | 0.00 | FA |
| 11. UNITED OF OMAHA IRA | 30,300.00 | 0.00 | | 0.00 | FA |
| 12. AXA ANNUITY | 23,924.00 | 0.00 | | 0.00 | FA |
| 13. IRA MERYL LYNCH | 251,685.00 | 0.00 | | 0.00 | FA |
| 14. TAX REFUND | 0.00 | 0.00 | | 0.00 | FA |
| 15. 1 DESK, 1 COMPUTER AND 1 FILE CABINET | 100.00 | 0.00 | | 0.00 | FA |
| 16. 1 SNOWBLOWER, PATIO FURNITURE, BARBEQUE GRILL, MIS | 250.00 | 0.00 | | 0.00 | FA |
| 17. Fraudulent Conveyance (u) | 0.00 | 250,000.00 | | 68,750.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $601,511.00 | $250,000.00 | | $68,750.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution made July 17, 2013. Waiting for zero balance in checking account for Final Account.

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 17.02g

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 12-01974 ERW Judge: EUGENE R. WEDOFF | Trustee Name: PHILIP V. MARTINO |
| Case Name: | PAYNE, DONNA M | Date Filed (f) or Converted (c): 01/20/12 (f) |
| | | 341(a) Meeting Date: 03/07/12 |
| | | Claims Bar Date: 09/27/12 |

Initial Projected Date of Final Report (TFR): 06/30/13    Current Projected Date of Final Report (TFR): 06/30/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-01974 ERW |
|---|---|
| Case Name: | PAYNE, DONNA M |
| Taxpayer ID No: | *******6795 |
| For Period Ending: | 08/27/13 |

| Trustee Name: | PHILIP V. MARTINO |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0445 Congressional Bank |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 03/26/13 | 17 | Krieg DeVault LLP Trust Account | Settlement of Fraudulent Conveyance | 68,750.00 | | 68,750.00 |
| 04/22/13 | | Congressional Bank | Bank Charges | | 11.77 | 68,738.23 |
| 05/29/13 | 003001 | The Law Office of William J. Factor Ltd | Per Court Order fees and costs for special counsel | | 27,662.24 | 41,075.99 |
| 07/17/13 | 003002 | PHILIP V. MARTINO QUARLES & BRADY LLP SUITE 4000 300 NORTH LASALLE STREET CHICAGO, IL 60654 | Chapter 7 Compensation/Expense | | 6,687.50 | 34,388.49 |
| 07/17/13 | 003003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 7,271.00 | 27,117.49 |
| 07/17/13 | 003004 | Eric S. Payne and Leah R. Payne c/o Krieg DeVault LLP Attn: Jeffrey M. Monberg 30 N. LaSalle St., Suite 2800 Chicago, IL 60602 | Claim 000002, Payment 9.69621% (2-1) Modified to Correct Creditor's Address (09/28/2012) TRM | | 27,117.49 | 0.00 |

|   |   | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| | COLUMN TOTALS | 68,750.00 | 68,750.00 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 68,750.00 | 68,750.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 68,750.00 | 68,750.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Congressional Bank - *******0445 | 68,750.00 | 68,750.00 | 0.00 |
| | 68,750.00 | 68,750.00 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals     68,750.00     68,750.00

LFORM2                                              Ver: 17.02g

UST Form 101-7-TDR (5/1/2011) (Page: 8)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-01974 ERW | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | PAYNE, DONNA M | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0445 Congressional Bank |
| Taxpayer ID No: | *******6795 | | | |
| For Period Ending: | 08/27/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Congressional Bank - ********0445      Transfers)      To Debtors)      On Hand

| | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.02g

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*